UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

MOTOWN RECORD COMPANY, L.P., a
California limited partnership; UMG
RECORDINGS, INC., a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; and WARNER
BROS. RECORDS INC., a Delaware
Corporation

      v.           Case No. 05-cv-181-JM

JOHN DOE


ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
FOR LEAVE TO TAKE IMMEDIATE DISCOVERY


Upon Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the annexed Declaration of Steven E. Cole, Esq. , the annexed Declaration of Jonathan Whitehead and the exhibit thereto, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of New Hampshire to obtain the identity of Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for Defendant.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs rights under the Copyright Act.


Dated: June 8, 2005         /s/ James R. Muirhead
                  James R. Muirhead
                  United States Magistrate Judge